1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| AGUEDO ALVARADO, | ) No. 2:13-cv-03327-FFM |
|---|---|
| Plaintiff, | ) [PROPOSED] JUDGMENT |
| v. | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C.§ 405(g) and to entry of judgment, **THE COURT ORDERS, ADJUDGES, AND DECREES** that this case be remanded to the Social Security Administration for further proceedings consistent with the parties' joint stipulation, and that judgment be entered for Plaintiff.

Date:  November 20, 2013

/S/ FREDERICK F. MUMM
HON. FREDERICK F. MUMM
United States Magistrate Judge

-1-